**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7521**

———————

RONALD F. FISHMAN,

       Plaintiff - Appellant,

   v.

UNITED STATES OF AMERICA,

       Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:08-ct-03115-BO)

———————

Submitted:  May 24, 2012            Decided:  May 30, 2012

———————

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald F. Fishman, Appellant Pro Se.  Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald F. Fishman appeals the district court's order dismissing for lack of jurisdiction his Federal Tort Claims Act suit and the court's denial of his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fishman v. United States, No. 5:08-ct-03115-BO (E.D.N.C. July 1, 2011; Nov. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED